In the Matter of JAMES F. LAVERTY, Appellant, against
JAMES E. FINEGAN et al., Constituting the Municipal
Civil Service Commission of the City of New York,
Respondents.

Argued September 27, 1937; decided October 12, 1937.

*Robert L. Callahan* and *Joseph J. Reiher* for appellant.

*Paul Windels,* Corporation Counsel (*William S. Gaud, Jr., Paxton Blair* and *Robert H. Schaffer* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.